# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 22, 2025

Before
FRANK H. EASTERBROOK, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| | |
|---|---|
| No. 24-2759 | JERE MEDDAUGH,<br>    Plaintiff - Appellee<br><br>v.<br><br>WOOD COUNTY DEPUTY JOHN MATTHEWS,<br>    Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 3:23-cv-00230-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley ||

The court directs both parties to file supplemental memoranda addressing the potential effect on appellate jurisdiction of the fact that appellant Matthews has not challenged the district court's order setting the excessive-force claim for trial. This means that the case will be tried whether or not Matthews is entitled to qualified immunity on the *Terry* claim. If the Supreme Court or any court of appeals has assessed the jurisdictional effects of such a situation, the memoranda should provide details. They are due by the close of business on June 6, 2025.

form name: **c7_Order_3J**    (form ID: **177**)